| | | |
|---|---|---|
| NEW YORK<br>LONDON<br>SINGAPORE<br>PHILADELPHIA<br>CHICAGO<br>WASHINGTON, DC<br>SAN FRANCISCO<br>SILICON VALLEY<br>SAN DIEGO<br>LOS ANGELES<br>TAIWAN<br>BOSTON<br>HOUSTON<br>AUSTIN<br>HANOI<br>HO CHI MINH CITY | **DuaneMorris®**<br>*FIRM and AFFILIATE OFFICES*<br><br>ERIC R. BRESLIN<br>DIRECT DIAL: +1 973 424 2063<br>PERSONAL FAX: +1 973 556 1552<br>E-MAIL: ERBreslin@duanemorris.com<br><br>*www.duanemorris.com* | SHANGHAI<br>ATLANTA<br>BALTIMORE<br>WILMINGTON<br>MIAMI<br>BOCA RATON<br>PITTSBURGH<br>NEWARK<br>LAS VEGAS<br>CHERRY HILL<br>LAKE TAHOE<br>MYANMAR<br>OMAN<br>*A GCC REPRESENTATIVE OFFICE<br>OF DUANE MORRIS*<br><br>ALLIANCES IN MEXICO<br>AND SRI LANKA |

October 26, 2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

*[Handwritten note: Please submit proposed hourly rate, proposed number of hours and brief resume.<br>SO ORDERED<br>/s/ P. Kevin Castel<br>USDJ<br>10.27.21]*

Re:   **United States v. David Pagan-Lopez, No. 21-cr-00640 (PKC)**

Dear Judge Castel:

We are the attorneys for David Pagan-Lopez. I write to request permission to staff one of my associates, Arletta Bussiere, on this case to bill for her time and to put in an appearance on Mr. Pagan-Lopez's behalf. Ms. Bussiere has been assisting with this case since September 9, 2021. Ms. Bussiere has trial experience as a second chair, and I expect that her involvement will substantially assist in providing our best defense to Mr. Pagan-Lopez in the most cost-effective manner.

For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

cc:   All Counsel of Record (Via ECF)

**SO ORDERED**    _____
Honorable P. Kevin Castel, U.S.D.J.

DUANE MORRIS LLP   *A DELAWARE LIMITED LIABILITY PARTNERSHIP*                    GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800                    PHONE: +1 973 424 2000   FAX: +1 973 424 2001
NEWARK, NJ 07102-5429