| | # DuaneMorris® | |
|---|---|---|
| NEW YORK | | SHANGHAI |
| LONDON | | ATLANTA |
| SINGAPORE | | BALTIMORE |
| PHILADELPHIA | *FIRM and AFFILIATE OFFICES* | WILMINGTON |
| CHICAGO | | MIAMI |
| WASHINGTON, DC | | BOCA RATON |
| SAN FRANCISCO | ERIC R. BRESLIN | PITTSBURGH |
| SILICON VALLEY | DIRECT DIAL: +1 973 424 2063 | NEWARK |
| SAN DIEGO | PERSONAL FAX: +1 973 556 1552 | LAS VEGAS |
| LOS ANGELES | *E-MAIL:* ERBreslin@duanemorris.com | CHERRY HILL |
| TAIWAN | | LAKE TAHOE |
| BOSTON | *www.duanemorris.com* | MYANMAR |
| HOUSTON | | OMAN |
| AUSTIN | | *A GCC REPRESENTATIVE OFFICE* |
| HANOI | | *OF DUANE MORRIS* |
| HO CHI MINH CITY | | ALLIANCES IN MEXICO AND SRI LANKA |

October 26, 2021

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

      **Re:**     **United States v. David Pagan-Lopez, No. 21-cr-00640 (PKC)**

Dear Judge Castel:

     We are the attorneys for David Pagan-Lopez. I write to request permission to submit interim CJA vouchers in connection with Mr. Pagan-Lopez's representation. My associate, Arletta Bussiere, and I have already incurred meaningful attorney fees in connection with our work to date. It would be extremely helpful should I be allowed to submit interim CJA vouchers when the accrued amount is greater than Five Thousand Dollars ($5,000), in accordance with the CJA eVoucher Attorney's Manual.

     For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

                                                  Respectfully submitted,

                                                 /s/ Eric R. Breslin

                                                 Eric R. Breslin

cc: All Counsel of Record (Via ECF)     *Application granted.*

**SO ORDERED**      _____   10-27-21
                           Honorable P. Kevin Castel, U.S.D.J.

---

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*            GREGORY R. HAWORTH, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800        PHONE: +1 973 424 2000    FAX: +1 973 424 2001
NEWARK, NJ 07102-5429