# Duane Morris®

*FIRM and AFFILIATE OFFICES*

NEW YORK
LONDON
SINGAPORE
PHILADELPHIA
CHICAGO
WASHINGTON, DC
SAN FRANCISCO
SILICON VALLEY
SAN DIEGO
LOS ANGELES
TAIWAN
BOSTON
HOUSTON
AUSTIN
HANOI
HO CHI MINH CITY

SHANGHAI
ATLANTA
BALTIMORE
WILMINGTON
MIAMI
BOCA RATON
PITTSBURGH
NEWARK
LAS VEGAS
CHERRY HILL
LAKE TAHOE
MYANMAR
OMAN
*A GCC REPRESENTATIVE OFFICE
OF DUANE MORRIS*

ALLIANCES IN MEXICO
AND SRI LANKA

ERIC R. BRESLIN
DIRECT DIAL: +1 973 424 2063
PERSONAL FAX: +1 973 556 1552
*E-MAIL:* ERBreslin@duanemorris.com

*www.duanemorris.com*

October 24, 2022

**VIA ECF**

Honorable P. Kevin Castel
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007-1312

> Sentencing is adjourned from November 17, 2022 to January 5, 2023 at 12:00 p.m. in Courtroom 11D.
> SO ORDERED.
> Dated: 10/25/2022
>
> /s/ P. Kevin Castel
> P. Kevin Castel
> United States District Judge

Re: **United States v. David Lopez-Pagan, No. 21-cr-00640 (PKC)**

Dear Judge Castel:

    We are the attorneys for David Lopez-Pagan. Mr. Lopez-Pagan is scheduled to be sentenced on November 17, 2022, at 11:00 AM pursuant to Your Honor's September 27th order granting an adjournment of Mr. Lopez-Pagan's original sentencing hearing date on October 12th. We did not anticipate seeking an additional adjournment, however, my associate, Arletta Bussiere, and I just finished our trial in the District of New Jersey before Hon. John Michael Vazquez, on October 21st. Additionally, Ms. Bussiere and I are scheduled to begin a criminal trial in the Commonwealth of Virginia before Hon. Alexander R. Iden on October 31, 2022, which is expected to carry on for at least two weeks. Further, information critical to Mr. Lopez-Pagan's sentencing is still pending, and the additional time will permit us to sufficiently prepare for his hearing. Accordingly, we respectfully request that Mr. Lopez-Pagan's sentencing be adjourned an additional four weeks, to a date convenient to the Court after December 15, 2022. The government consents to this request.

    For the Court's convenience, we have included a "So Ordered" line should the Court grant our request. Thank you for your consideration.

Respectfully submitted,

/s/ Eric R. Breslin

Eric R. Breslin

DUANE MORRIS LLP    *A DELAWARE LIMITED LIABILITY PARTNERSHIP*        DAVID A. SUSSMAN, RESIDENT PARTNER

ONE RIVERFRONT PLAZA, 1037 RAYMOND BLVD., SUITE 1800        PHONE: +1 973 424 2000    FAX: +1 973 424 2001
NEWARK, NJ 07102-5429

DuaneMorris

Honorable P. Kevin Castel
October 24, 2022
Page 2

cc:  All Counsel of Record (Via ECF)

**SO ORDERED**  _____
Honorable P. Kevin Castel, U.S.D.J.